**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

ZACHARY T. EVANS,                 :    No. 88 MM 2020

           Petitioner           :

         v.                   :

BERKS COUNTY COURT OF COMMON    :
PLEAS JUDGE PAUL M. YATRON, ADA    :
PAMELA VANFOSSEN,             :

          Respondents       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.